**Order issued September 11, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00592-CR

---

### JESUS GUTIERREZ ELIASAR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Bridges, Lang, and Evans

Based on the Court's opinion of this date, we **GRANT** the March 14, 2014 motion of Nanette Hendrickson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Nanette Hendrickson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jesus Gutierrez Eliasar, TDCJ No. 1893763, Coffield Unit, 2661 FM 2054, Tennessee Colony, Texas, 75884.

DAVID L. BRIDGES
JUSTICE